**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on January 8, 2021**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-334 (TJK)** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DALE JEREMIAH SHALVEY, and** | : | **VIOLATIONS:** |
| **TARA AILEEN STOTTLEMYER,** | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| **Defendants.** | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting Certain Officers or** |
| | : | **Employees)** |
| | : | **18 U.S.C. § 1512(c)(2), 2** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 661** |
| | : | **(Theft of Personal Property Within Special** |
| | : | **Maritime and Territorial Jurisdiction)** |
| | : | **18 U.S.C. § 1001(a)(2)** |
| | : | **(False Statements)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(A)** |
| | : | **(Entering and Remaining on the Floor of** |
| | : | **Congress)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia and elsewhere, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER,** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

2

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, and within the special maritime and territorial jurisdiction of the United States, that is, the United States Capitol, **DALE JEREMIAH SHALVEY** did take and carry away, with intent to steal and purloin, the personal property of another, that is, a letter from Senator Mitt Romney to Vice-President Michael Pence.

> (**Theft of Personal Property Within Special Maritime and Territorial Jurisdiction**, in violation of Title 18, United States Code, Section 661)

## COUNT FIVE

On or about March 9, 2021, within the District of Columbia and elsewhere, **DALE JEREMIAH SHALVEY**, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating and representing, in an interview with special agents from the Federal Bureau of Investigation, that he was not aware of any assault on police officers that occurred on January 6, 2021. The statements and representations were false because, as **DALE JEREMIAH SHALVEY** then and there knew, he assaulted an officer on January 6, 2021 in the District of Columbia.

> (**False Statements**, in violation of Title 18, United States Code, Section 1001(a)(2))

## COUNT SIX

On or about March 9, 2021, within the District of Columbia and elsewhere, **DALE JEREMIAH SHALVEY**, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating and representing, in an interview with special agents from the Federal Bureau of Investigation, that he was not part of any violent act on January 6, 2021. The statements and representations were false because, as **DALE JEREMIAH**

**SHALVEY** then and there knew, he assaulted an officer on January 6, 2021 in the District of Columbia.

(**False Statements**, in violation of Title 18, United States Code, Section 1001(a)(2))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER**, willfully and knowingly entered and

4

remained on the floor of a House of Congress and in any cloakroom and lobby adjacent to that floor, without authorization to do so.

(**Entering and Remaining on the Floor of Congress**, in violation of Title 40, United States Code, Section 5104(e)(2)(A))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, **DALE JEREMIAH SHALVEY** and **TARA AILEEN STOTTLEMYER**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips /Rw +*

Attorney of the United States in
and for the District of Columbia.