**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:21-cr-334 |
| DALE JEREMIAH SHALVEY, | ) Assign to: Judge Timothy J. Kelly |
| and | ) Date Assigned: 07/28/2021 |
| TARA AILEEN STOTTLEMYER, | ) Description: SUPERSEDING INDICTMENT (B) |
|  | ) Case Related to 21-cr-334 (TJK) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tara Aileen Stottlemyer

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2), 2 - Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   7/28/2021

*Issuing officer's signature*   G. Michael Harvey

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/5/21, and the person was arrested on *(date)* 9/14/21
at *(city and state)* Conover, NC

Date:   9/14/2021

*Arresting officer's signature*

*Printed name and title*