IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TARA AILEEN STOTTLEMYER,<br><br>    Defendant. | DOCKET NO. 1:21-CR-334-TJK |

**NOTICE OF UNAVAILABILITY**

NOW COMES, Myra Cause, Attorney for Tara A. Stottlemyer, and hereby gives notice of unavailability to the Court for the following dates:

- **November 24, 2022 - December 22, 2022**

Counsel will make every effort to resolve matters prior to these dates or provide the Court a status update to allow time to schedule alternative dates for trial, sentencing, and other matters.

**WHEREFORE,** Counsel respectfully requests that matters that would require an appearance not be scheduled during the above-mentioned time period.

Respectfully submitted:

  s/ Myra Cause
Myra Cause
FL Bar #0108032
Assistant Federal Defender
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 374-0722 (fax)
Myra_Cause@fd.org