# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 0090 1:21CR00334-002 |
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING |
| TARA AILEEN STOTTLEMYER, | |
| Defendant. | |

Defendant, Tara Aileen Stottlemyer, by and through undersigned counsel, moves this honorable court to continue her sentencing hearing, currently set for the January 20, 2023, to a date in February.

In support of this motion, Ms. Stottlemyer states:

1. On February 2, 2022, the US Attorney's Office for the District of Columbia filed an 11-count Fourth Superseding Indictment charging Ms. Stottlemyer specifically with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 USC § 1512(c)(2) (Count Three), Entering and Remaining in a Restricted Building or Grounds, in violation of 18 USC §1752(a)(1) (Count 7), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 USC § 1752(a)(2) (Count 8), Entering and Remaining on the Floor of Congress, in violation of 40 USC § 5104(e)(2)(A) (Count 9), Disorderly Conduct in a Capitol Building, in violation of 40 USC § 5104(e)(2)(D) (Count 10), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 USC § 5104(e)(2)(G) (Count 11).

2. On October 3, 2022, the Ms. Stottlemyer pled guilty to Count Three of the 11-count Fourth Superseding Indictment. The Government will request that the Court dismiss the remaining counts in the Indictment against Ms. Stottlemyer in this case at the time of sentencing.

3. On December 16, 2022 the Draft Presentence Investigation Report was filed in this matter.

4. Sentencing is currently scheduled for January 20, 2023.

5. Defense counsel has a trial that now conflicts with the January 20, 2023 sentencing date in this case. As such, Ms. Stottlemyer is respectfully requesting for her sentencing to be moved to a later date.

6. It is Defense Counsel's understanding that the Court may have availability to conduct sentencing during the week of February 13th, 2023. We respectfully request to have the sentencing in this matter moved to early that week- February 13th or February 14th, 2023, with a preference for February 13th.

7. AUSA Anthony Franks does not object to a continuance of the Sentencing Hearing to the week of February 13th, 2023 and also prefers the hearing to be scheduled for either February 13th or 14th, with a preference for February 13th.

WHEREFORE, this Honorable Court is respectfully requested to continue Ms. Stottlemyer's Sentencing Hearing.

Respectfully submitted,

*/s/ Myra Cause*
Myra Cause
FL Bar No. 0108032
Assistant Federal Public Defender
129 West Trade Street, Suite 300
Charlotte, NC  28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: myra_cause@fd.org

**Counsel for Tara Stottlemyer**