TIMOTHY J. KELLY, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 0090 1:21CR00334-002 |
| | : | |
| vs. | : | Disclosure Date: **December 16, 2022** |
| | : | |
| **Stottlemyer, Tara** | : | |

### PARTIES OBLIGATION AND RESPONSE TO PRESENTENCE REPORT

Pursuant to Fed. Rules of Crim. Proc. Rule 32(f)(1) and (2), the parties shall submit any material inaccuracies or disputes to the presentence investigation report (PSR), by **December 30, 2022** This form and/or objections to the PSR shall be filed via CM/ECF.

Note: The probation office never includes information about 18 USC § 3553(e) or USSG § 5K1.1, pursuant to Rule 32(c)(3).

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSR.

**The Government notes the following regarding the PSR:**

1. Paragraph 16 should reference that the term of supervised release is *not more* than 3 years, pursuant to 18 U.S.C. Section 3583(b)(2) and as referenced in the parties' plea agreement.

2. Regarding paragraph 21, defendant was placed on pretrial supervision on September 14, 202, not March 9, 2021.

3. Regarding paragraph 37, defendant pled guilty to a felony offense although this paragraph mistakenly references a misdemeanor.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:     /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC  20530
anthony.franks@usdoj.gov
(314) 539-3995


**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

*/s/ Anthony L. Franks*
Anthony L. Franks
Assistant United States Attorney