UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 1:21-CR-00334 (TJK) |
| : | |
| TARA AILEEN STOTTLEMYER : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and William Shipley, counsel for Tara Aileen Stottlemyer, hereby submit the following joint status report.

On March 8, 2024, the Court ordered the parties to meet and confer in light of the Court's Memorandum Order denying Defendant's Emergency Motion for Bond (ECF 126, 122) and file a joint status report indicating whether the parties believe supplemental briefing is necessary to clarify the issues surrounding Defendant's Motion to Vacate (ECF 121). On March 12, 2024, the parties met and conferred. Both parties believe that supplemental briefing is not necessary. Defendant is reevaluating her motion and anticipates dismissing the motion on its grounds within the next week.

                                              Respectfully submitted,

Date: March 12, 2024                    MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

                By:        */s/ Kathryn E. Bolas*
                               KATHRYN E. BOLAS
                               Assistant U.S. Attorney
                               NY Bar No. 5704234
                               United States Attorney's Office
                               Capitol Siege Section
                               601 D Street, NW

                    Washington, D.C. 20530
                    Phone: 202-252-0872
                    Kathryn.Bolas@usdoj.gov

*Attorney for the government*

By:       */s/ William L. Shipley*
          William L. Shipley, Jr., Esq.
          PO BOX 745
          Kailua, Hawaii 96734
          Tel: (808) 228-1341
          Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*