UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00334-TJK |
| ) | |
| TARA STOTTLEMYER ) | |
| ) | |
| Defendant ) | |

# DEFENDANT TARA STOTTLEMYER'S MOTION TO WITHDRAW PETITION TO SET ASIDE CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. SECTION 2255

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Tara Stottlemyer, by and through her undersigned counsel of record William L. Shipley, and respectfully moves to withdraw her petition with this Court to vacate, set aside, or correct her sentence pursuant to Title 28, United States Code, Section 2255.

On February 28, 2024, Defendant Stottlemyer filed a motion to vacate her sentence pursuant Title 28, United States Code, Section 2255.  *See* ECF No. 121.  In conjunction with the motion to vacate, Defendant Stottlemyer filed an emergency motion for bond.  *See* ECF No. 122.

On March 8, 2024, this Court denied Defendant Stottlemyer's motion for bond and ordered parties to meet and confer as to the need for further briefing on Defendant Stottlemyer's motion to vacate.  On March 12, 2024, a status report was filed indicating there was no need for further briefing from the parties.  *See* ECF No. 127.

As indicated in the status report, Defendant Stottlemyer was reevaluating the motion to vacate.  After review, Defendant Stottlemyer no longer wishes to proceed and moves to withdraw the motion.

Based on the foregoing, this Court should allow Defendant Stottlemyer to withdraw her motion to vacate.

Dated: April 9, 2024              Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*