UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                           ) | Case No. 21-cr-00334-TJK |
| ) | |
| TARA STOTTLEMYER           ) | |
| ) | |
| ) | |
|            Defendant           ) | |
| ) | |

**DEFENDANT TARA STOTTLEMYER'S MOTION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

Comes now Defendant Tara Stottlemyer and hereby respectfully submits this Motion to Modify the Terms and Conditions of her Supervised Release.

On October 3, 2022, Ms. Stottlemyer pled guilty to the singled charge of having violated of 18 U.S.C. Sec. 1512(c)(2), based upon the terms of a plea agreement with the Government.

On May 5, 2023, this Court sentenced Ms. Sottlemyer to 8 months in custody, to be followed by 24 months of Supervised Release.  One condition of her Supervised Release is that she be serve 8 months of home detention, and that she be monitored for compliance vis GPS tracking.  The home detention permitted her to be away from her residence for purposes of employment.

On June 19, 2024, after having been released from custody of the Bureau of Prisons, Ms. Stottlemyer's Probation Officer arrived at her residence and affixed to her a GPS monitoring device.  Ms. Stottlemyer was instructed that she would be permitted by U.S. Probation Office to be outside her residence for purposes of employment a total of 60 hours per week.

On June 28, 2024, the United States Supreme Court decided the case of *Fischer v. United States*, holding that violations of Sec. 1512(c)(2) must involve some form of "evidence impairment" related to an "official proceeding."

On July 1, 2024, Defendant Stottlemyer filed a Motion to Vacate her sentence and conviction based on *Fischer*.

Pursuant to this Motion, Defendant Stottlemyer seeks to be relieved of the "home detention" and "GPS monitoring" conditions of her Supervised Release pending the outcome of her Sec. 2255 motion.

Ms. Stottlemyer and her spouse, co-Defendant Dale Shalvey, operate a farm where they live in North Carolina. The small family-farm operation mainly deals with hormone-free poultry, eggs, pork, and beef.

Nearly all the physical labor involved in the operations of the farm is performed by Ms. Stottlemyer and Mr. Shalvey. The practical reality of operating their small family-farm is that it requires work by both seven days a week – particularly in the summertime when daylight hours are the longest and demand for what they produce is highest. The income they earn during their busiest seasons gets them through the winter and early spring when they still incur farming costs but have significantly less revenue.

A seven-day work week with a maximum permitted total of only 60 hours means Ms. Stottlemyer is only able to work 8.5 hours per day -- during a period of the year when the farm's operations regularly stretch to 14-18 hours per day. Limiting Ms. Stottlemyer's hours per week significantly impacts the income she and her husband can earn from their farming operation during the busiest time of the year.

The farming operation is on the same parcel of land where Ms. Stottlemyer and Mr. Shalvey live. The restriction means quite simply that when her 8.5 hours is over, she must stop whatever she is doing and return to her residence where she remains until the following morning.

Based on the above, Ms. Stottlemyer respectfully requests that the District Court modify her terms and conditions of Supervised Release by removing the "home detention" and GPS monitoring conditions while her Sec. 2255 petition is pending. This would allow her to immediately attend to the

business and farming needs of their family farm without the burdens of restrictions imposed as part of her sentence that might be determined to be unlawful.

Dated: July 1, 2024        Respectfully Submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*