UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00334 (TJK) |
| | : | |
| TARA AILEEN STOTTLEMYER, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY
TO DEFENDANT'S REPLY TO THE RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION TO VACATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia files this motion for leave to file a sur-reply to Defendant Stottlemyer's Reply to the United States' Response in Opposition to her Motion to Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255.  For the first time in her reply, the Defendant alleges that the collateral attack waiver accepted by this Court in her plea agreement is invalid because she did not enter into the plea agreement knowingly and intelligently.  (ECF 149 at 2-3.)  Because this is a new argument, the government requests leave to file the attached sur-reply that addresses this new point.  *See Lopez v. Council on American-Islamic Relations Action Network, Inc.*, 657 F.Supp.2d 104, 105 (D.D.C. 2009) ("It is within the court's authority to grant leave to file a sur-reply when the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.") (internal quotation omitted).  The Defendant's reply indicated that she has no objection to the government filing a sur-reply to respond to this issue.  (ECF 149 at 3 n.1.)

WHEREFORE, the United States respectfully moves this Court for leave to file the attached sur-reply.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   */s/ Kathryn E. Bolas*
      KATHRYN E. BOLAS
      Assistant U.S. Attorney
      NY Bar No. 5704234
      United States Attorney's Office
      601 D Street, NW
      Washington, D.C. 20530
      (202) 252-0872
      Kathryn.Bolas@usdoj.gov