UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>TARA STOTTLEMYER   and )<br>KATHARINE MORRISON,   )<br>)<br>Defendants.    ) | No. 21-cr-334 (TJK) |

**JOINT STATUS REPORT**

Pursuant to this Court's January 29, 2025, Minute Order, the parties file this joint report addressing whether the motions filed under 28 U.S.C. § 2255 by defendants Tara Stottlemyer (ECF 121) and Katharine Morrison (ECF 133) are moot given President Trump's pardon of Defendant.

The undersigned has conferred with Stottlemyer's attorney, William Shipley, Esq., and Morrison's attorney, Jeffrey Ciccone, Esq. The parties agree that, because the President has pardoned the defendants and this Court has vacated their convictions, this matter is moot and should be dismissed. *See e.g.*, *Lorance v. Commandant*, 13 F.4th 1150, 1165 (10th Cir. 2021) (explaining that a case "would become moot" if the court vacated the convictions of a defendant who was pardoned because, at that point, "the court would be unable to grant any further relief").

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        UNITED STATES ATTORNEY


BY:      __/s/ *Daniel J. Lenerz*_____
        DANIEL J. LENERZ
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7027
        Daniel.Lenerz@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by electronic means, through the Court's EFS system, upon counsel for the defendants, William Shipley, Esq., 808shipleylaw@gmail.com, and Jeffrey Ciccone, Esq., Jeffrey_ciccone@fd.org, on this 28th day of February, 2025.

                                         __/s/ *Daniel J. Lenerz*_____
                                         DANIEL J. LENERZ
                                         Assistant United States Attorney